AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thurman, William T. | U.S. Bankruptcy Court | 04/22/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

350 South Main Street, Rm 358
Salt Lake City, Utah 84101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Utah Bankruptcy Lawyers Forum |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 04/22/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | Jan. 19, 20, 21 2012 | Denver, Colorado | Speak at seminar | meals, lodging, travel expense and tuitiion waiver |
| 2. | Norton Institute on Bankruptcy Law | Feb. 26 and 27, 2011 | Park City, Utah | Speak at seminar | meals, lodging and tuition waiver |
| 3. | National Conference of Bankruptcy Judges | March 18, 19 and 20 2012 | Miami, Fla. | Committee Chair; Mid year meeting | meals, lodging, travel expense. |
| 4. | Utah State Bar Association | March 15 and 16, 2012 | St. George, Utah | Attend Mid-year meeting | tuition wavier, meals |
| 5. | Federal Bar Association of Utah | May 4, 2012 | St. George, Utah | Speak at seminar | tuition, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thurman, William T. | 04/22/2013 |

| | | | | |
|---|---|---|---|---|
| 6. | Northwestern University, Law School | April 19-27, 2012 | Chicago, Ill. | Attend Judicial Training Seminar | tuition, meals, lodging, travel expense |
| 7. | National Conference of Bankruptcy Judges | September 11-13, 2012 | Washington, D.C. | Participate in Reception for Congressmen with FJA and MJA | meals, lodging, travel expense |
| 8. | Federal Bar Association of Utah | October 11, 12 and 13, 2012 | Ketchum, Ida | Speak at Tri-State seminar | meals, lodging, travel expense |
| 9. | American College of Bankruptcy | October 19, 2012 | Salt Lake City, Utah | Speak at seminar | meal, tuition waiver |
| 10. | National Conference of Bankruptcy Judges | October 23-28, 2012 | San Diego, Ca. | Attend Annual Meeting; Committee Chair | meals, lodging, travel expense |
| 11. | Federal Bar Association of Utah | November 14, 2012 | Salt Lake City, Utah | Participate in Annual Dinner | meal |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 04/22/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings, checking Accnts | | | | | | | | | |
| 2. ---Mountain America Credit Union | D | Interest | K | T | | | | | |
| 3. ---Zions First National Bank checking and savings | D | Interest | N | T | | | | | |
| 4. | | | | | | | | | |
| 5. Broker #1 Account | | | | | | | | | |
| 6. ---Eaton Vance Tx Mngd Value C Fund | A | Int./Div. | K | T | Sold (part) | 12/27/12 | J | A | |
| 7. | | | | | | | | | |
| 8. New England Life (funds held for filer as cash values) | | | | | | | | | |
| 9. ---BlackRock Bnd Inc. Prt fund | A | Dividend | J | T | | | | | |
| 10. ---BR Money Market Fund | A | Dividend | J | T | | | | | |
| 11. ---MetLife Stock Index Fund | A | Dividend | J | T | | | | | |
| 12. ---FI Val Leaders Fund | A | Dividend | J | T | | | | | |
| 13. ---L/S Small Cap Fund | A | Dividend | J | T | | | | | |
| 14. ---Art Inter Stck Port fund | A | Dividend | | | Sold | 07/03/12 | J | A | |
| 15. ---Baillie Intn'l Stock fund | A | Dividend | J | T | Buy | 07/05/12 | J | | |
| 16. ---Davis Venture Value Fund | A | Dividend | J | T | | | | | |
| 17. ---Jenison Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. IRA (Same Broker as #1) | | | | | | | | | |
| 20. ---DA Davidson Money Market Fund | A | Int./Div. | J | T | | | | | |
| 21. ---Davis NY Venture Value Cl C Fund. | A | Dividend | J | T | | | | | |
| 22. ---Oppenheimer Main St. Sm Cap Cl C Fund. | A | Dividend | | | Sold | 07/31/12 | J | A | |
| 23. ---Franklin Rising Dividends Cl C Fund | A | Dividend | J | T | Buy | 08/01/12 | J | | |
| 24. ---Thornburg Inv. Inc Builder Class C Fund | A | Dividend | J | T | Buy | 08/01/12 | J | | |
| 25. ---Capital Inc. Builder Class C fund | A | Dividend | J | T | Buy | 08/01/12 | J | | |
| 26. ---Growth Fund of Am Cl C Fund. | A | Dividend | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. 401(K) Broker #2 Account | | | | | | | | | |
| 29. ---Dodge & Cox Income Fund | A | Int./Div. | K | T | | | | | |
| 30. ---Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 31. ---Riversource Trust Stable Cap II Fund | A | Dividend | K | T | | | | | |
| 32. ---Royce Low priced Stock Fund | A | Dividend | J | T | | | | | |
| 33. ---Prudential Jennison Growth Fund | A | Dividend | J | T | | | | | |
| 34. ---American Funds EuorPacific Growth Fund Class A | A | Dividend | K | T | Sold (part) | 09/06/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---Victory Established Value Fund 1 | A | Dividend | J | T | Buy | 09/07/12 | J | | |
| 36. ---Columbia Mid Cap Growth Fund | A | Dividend | J | T | Buy | 09/07/12 | J | | |
| 37. ---Brown Capital Mgt. small Co. Fund | A | Dividend | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. Utah Educational Savings Plan, Age Based Gr; see Part VIII | A | Dividend | J | T | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 04/22/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#39 Part VII. The full name of this fund is the Utah Educational Savings Plan, Age-Based Aggressive Growth (529 Plan). Four separate Funds are maintained for four separate minor children under the filer's and spouse's names. Monthly contributions are made.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William T. Thurman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544